Edwin P. STUBERT, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7001.

United States Court of Appeals,
Federal Circuit.

July 11, 2007.

ON MOTION

*ORDER*

Upon consideration of Edwin P. Stubert's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

Logan THURMAN, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 2007–3271.

United States Court of Appeals,
Federal Circuit.

July 11, 2007.

ON MOTION

*ORDER*

Upon consideration of Logan Thurman's unopposed motion to dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.